

**SUSAN B. BROWN**
JUDGE, 185TH DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002
(713) 755-6362

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

May 19, 2015

Juan Martin Garcia
Execution No. 999360
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351-8580

Dear Mr. Garcia:

Enclosed is a copy of the trial court's order of May 19, 2015, setting the execution of Juan Martin Garcia for October 6, 2015.

SUSAN BROWN
Presiding Judge
185th District Court
Harris County, Texas

cc:   Joni White
      Assistant Director
      Classifications & Records Division
      TDCJ – ID
      P. O. Box 99
      Huntsville, Texas  77342-0099

      Abel Acosta
      Clerk
      Court of Criminal Appeals
      P. O. Box 12308
      Capitol Station
      Austin, Texas  78711

      Jennifer Morris
      Assistant Attorney General
      Attorney General's Office
      P.O. Box 12548
      Austin, Texas  78711-2548

      David Dow
      Attorney at Law
      Univ. of Houston Law Center
      100 Law Center
      Houston, Texas 78204

Maria Ramirez
Board of Pardons & Paroles
Executive Clemency Unit
8610 Shoal Creek
Austin, Texas  78758

Lori DeAngelo
Assistant District Attorney
1201 Franklin, Ste. 600
Houston, Texas 77002

CAUSE NO. 797602

STATE OF TEXAS                          §          IN THE 185TH DISTRICT COURT

V.                                      §          OF

JUAN MARTIN GARCIA                      §          HARRIS COUNTY, TEXAS

## EXECUTION ORDER

This Court, having received the Mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause and having received notice that the Court of Criminal Appeals has denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. 797602-A, now enters the following order:

IT IS HEREBY ORDERED that the Defendant, JUAN MARTIN GARCIA, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, until Tuesday, the 6th day of October, 2015, upon which day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said JUAN MARTIN GARCIA and until the said JUAN MARTIN GARCIA is dead, such procedure to be determined and supervised by the said Director of the Institutional Division of the Texas Department of Criminal

Justice.

The Clerk of this Court shall issue and deliver to the Sheriff of Harris County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said JUAN MARTIN GARCIA. The Sheriff of Harris County, Texas is hereby Ordered, upon receipt of said Death Warrant, to deliver said Death Warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas.

SIGNED AND ENTERED this 19th day of May, 2015.

SUSAN BROWN
Presiding Judge
185th District Court
Harris County, Texas